

Nick E. Williamson
Direct: 314 259 2661
nick.williamson@bryancave.com

August 18, 2014

**Via CM/ECF**

Honorable Daniel E. O'Toole
Circuit Executive & Clerk of Court
United States Court of Appeals for the Federal Circuit
The Howard T. Markey National Courts Building
717 Madison Place, NW
Washington, DC  20439

Re:   *In re Fidelity National Information Services, Inc., Fiserv, Inc., Jack Henry & Associates, Inc., et al.*, Misc. No. 14-146

Dear Mr. O'Toole:

  We write to inform the Court that Magistrate Judge Payne of the United States District Court for the Eastern District of Texas issued the attached Order today, August 18, 2014, granting the parties' "Joint Emergency Motion to Extend Deadlines Pending This Court's Ruling on Defendants' Motion to Stay Pending Covered Method Patent Review" and entering a temporary stay of the *DataTreasury Corp. v. Fiserv, Inc. et al.* litigation at Case 2:13-cv-431.

  Therefore, the relief sought in the Petition and the Unopposed Emergency Motion filed in Misc. No. 14-146 is moot with respect to Petitioners from the *DataTreasury Corp. v. Fiserv, Inc. et al.* litigation at Case 2:13-cv-431.

  However, in the event that the Court lifts, vacates, or otherwise restricts the temporary stay entered today, Petitioners reserve their right to renew their request for relief, refile their petition, or otherwise approach this Court.

           Sincerely,

           Nick E. Williamson

cc:   Counsel for DataTreasury Corp. (datatreasury@nixlawfirm.com)
   Counsel for Petitioners (BCDataTreasury@bryancave.com)

Bryan Cave LLP
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102-2750
Tel (314) 259-2000
Fax (314) 259-2020
www.bryancave.com

Bryan Cave Offices
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
Miami
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, | § § | |
| v. | § § | Case No. 2:13-CV-431-JRG-RSP LEAD CASE |
| FISERV, INC. et al. | § § | |

## ORDER

Before the Court is the Parties' Joint Emergency Motion to Extend Deadlines Pending This Court's Ruling on Defendants' Motion to Stay Pending Covered Method Patent Review (Dkt. No. 618, filed August 17, 2014.) The Parties' joint request seeks an extension of pending deadlines in light of the Court's ruling last Thursday, August 14, 2014 granting motions to stay in two related cases (Case No. 2:13-CV-432, Dkt. No. 202 and Case No. 2:14-cv-433, Dkt. No. 229.) The Parties' joint motion follows a notice filed by Defendants last Friday, August 15, 2014, (Dkt. No. 617) clarifying the record in this case regarding defendants' agreements as to the stay and to estoppel. While the Parties' Joint Motion is captioned as an extension, the Motion effectively seeks a stay pending the Court's expected ruling on a stay in this case. The Court therefore **GRANTS** the Parties' Joint Motion (Dkt. No. 618) and hereby stays Case No. 2:13-cv-431 pending a ruling on the motion to stay.

**SIGNED this 18th day of August, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE